**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

MICHAEL HUNT,                              )
                                          )
      Plaintiff,                          )    Case No. 4:23-cv-013
                                          )
v.                                        )    Judge Travis R. McDonough
                                          )
BCCX, ARAMART FOOD SERVICES,              )    Magistrate Judge Susan K. Lee
TDOC, and SHAWN PHILLIPS,                 )
                                          )
      Defendants.                         )

---

**JUDGMENT ORDER**

---

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff is **ASSESSED** the filing fee of $402, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion. Also, the Clerk is **DIRECTED** to provide a copy of the memorandum opinion and this order to the custodian of inmate accounts at the Bledsoe County Correctional Complex and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT

2